# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**BETHESDA MEMORIAL HOSPITAL, INC.,**
Appellant,

v.

**CHERYL VOLENEC, RANDOLPH VOLENEC,** her husband, and **MARK D. SCHREIBER, M.D.,**
Appellees.

No. 4D16-2034

[November 2, 2017]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Cheryl Caracuzzo, Judge; L.T. Case No. 502008CA024906XXXXMB.

William T. Viergever and Timothy D. Kenison of Sonneborn Rutter Cooney Viergever Burt & Lury, P.A., West Palm Beach, for appellant.

Raul E. Garcia, Jr. of Rubenstein Law, Miami, and Philip M. Burlington of Burlington & Rockenbach, P.A., West Palm Beach, for appellees Cheryl Volenec and Randolph Volenec.

PER CURIAM.

*Affirmed.*

LEVINE, FORST and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***